AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Raymond Sizemore. <br> *Plaintiff* <br> v. <br> Ackers, Inc., et al., <br> *Defendant* | ) ) ) ) ) <br> Civil Action No.   2:18-CV-553 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:   This case is dismissed with prejudice
☐           _____
           _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:   Dec 6 2018                                         *CLERK OF COURT*

                                                            s/Denise M. Shane
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*